| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Hoffmeier Zamora (SBN 137326)<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071<br>Tel. 213-488-9411<br>Fax 213-488-9418<br>e-mail: zamora3@aol.com<br><br>[X] *Individual appearing without attorney*<br>[ ] *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>JOSEPH LAWRENCE AND<br>CHANDIE YAWN LAWRENCE,<br><br><br><br>Debtor(s). | CASE NO.: 1:17-bk-11761-MB<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| Sale Date: 12/20/2017 | Time: 11:00 am |
|---|---|
| Location: Ctrm. 303, U.S. Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367 ||

Type of Sale:   [X] Public   [ ] Private       Last date to file objections: 12/06/2017

**Description of property to be sold:**
The remaining nonexempt personal property assets of the Estate including , but not limited to, all of the Estate's right, title and interest in Joseph Lawrence aka Joey Lawrence ("Joey") music payments and/or income of any kind and related intellectual property (collectively, the "Payments"), Joey's acting residuals (the "Residuals"), and Veritas, Inc. including, but not limited to, contract rights, stock interests, bank accounts, and all Residuals and Payments to be paid to Veritas, Inc. Payments received by Trustee prior to the date of the motion are excluded.

**Terms and conditions of sale:**
"AS-IS, WHERE-IS" basis with no representations or warrenties, and no contingencies, for the sales price of $15,000.00

**Proposed sale price:** $ 15,000.00

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):** See attached

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date & Time: December 20, 2017 at 11:00 a.m.
Location: Ctrm. 303, U.S. Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Nancy Hoffmeier Zamora, Chapter 7 Trustee
U.S. Bank Tower
633 West 5th Street, Suite 2600, Los Angeles, CA 90071
Tel. 213-488-9411; Fax 213-488-9418
e-mail: zamora3@aol.com

Date: 11/08/2017

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　　F 6004-2.NOTICE.SALE

A.   Each potential bidder (other than Buyer as defined in the Motion for Order Authorizing Trustee to Sell Personal Property Free and Clear of Liens, Subject to Overbid (the "Motion")) in order to qualify as a bidder at the hearing on the Motion (the "Hearing"), shall

(1) submit to Trustee at least five (5) business days prior to the Hearing a cashier's check in the amount of $18,500.00 (the "Earnest Money Deposit"), which represents the amount of the initial overbid, made payable to "Nancy Zamora, Ch. 7 Trustee, Lawrence Estate." Trustee shall refund the Earnest Money Deposit if Trustee accepts the bid of another bidder;

(2) bid on the identical terms as Buyer as set forth in the APA (as defined in and attached as <u>Exhibit A</u> to the Motion) including, but not limited to, an "AS-IS, WHERE-IS" basis, with no representations or warranties regarding the Personal Property (as defined in the Motion), and with no contingencies;

(3) submit to Trustee at least five (5) business days prior to the Hearing, proof of funds for such bidder's highest estimated bid and ability to close the sale on or before five (5) business days after entry of the Sale Order (defined in the Motion), and to tender the balance of any bid made by such bidder, such proof to be deemed acceptable or unacceptable by Trustee in her sole discretion, subject to approval by the Court (and, if bidder is Debtor, documentary evidence to demonstrate that the source of the funds are derived from sources that are not property of the Estate);

(4) attend the Hearing to participate in the bidding (including telephonic appearance via CourtCall); and

Lawrence/overbid

B.    The initial overbid shall be a total of $18,500.00, i.e., $3,500.00 more than the Sales Price (defined in the Motion) of $15,000.00, and all additional overbids must be made in minimum increments of $500.00 over the last stated overbid made on the record.

If Highest Bidder fails to close the sale on or before five (5) business days after entry of the Sale Order, the Highest Bidder shall forfeit the Earnest Money Deposit and the next highest bidder shall pay the next highest bid within five (5) business days of written notification, transmitted via facsimile and/or e-mail, of Highest Bidder's default.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/08/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtors' Counsel: James R. Selth jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net, vinnet@ecf.inforuptcy.com
Creditors' Counsel: Bhagwati Barot, bbarot@aissolution.com; Ofer M. Grossman, omglaw@gmail.com; Sheryl K. Ith, sith@cookseylaw.com, sith@ecf.courtdrive.com; Robert A. Krasney, RKrasney@KrasneyLaw.net, Nicole@ExpressEvictions.com, Mark@ExpressEvictions.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/11/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors: Joseph Lawrence and Chandie Yawn Lawrence, 11845 W. Olympic Blvd., Suite 1125W, Los Angeles, CA 90064
Trustee's CPA: Samuel R. Biggs, CPA, SLBIGGS, A Division of SingerLewak, 10960 Wilshire Blvd., 7th FL, Los Angeles, CA 90024
Buyer: David Pullman, Managing Member, Structured Assets Sales, LLC, 2215-B Renaissance Dr., Suite 5, Las Vegas, NV 89119
U.S. Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017
JJudge: The Honorable Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/08/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/08/2017 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                    Page 3                                              F 6004-2.NOTICE.SALE

## Supplemental Service List for Notice

Greg Mullen
Cranehill Capital LLC
6600 LBJ Freeway, Suite 210
Dallas, TX 75240

Gregory W. Werkheiser, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801

Daniel K. Stuart, Esq.
King, Holmes, Paterno & Berliner, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067

Joseph J. DiMona
Vice-President, Legal Affairs
Broadcast Music, Inc.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0030

Jake Miller
Oak Point Partners
P.O. Box 1033
Northbrook, IL 60065-1033

Partnership Liquidity Investors IV, LLC
1511 Kings Road
Newport Beach, CA 92663
Attn: Jerome A. Fink
t
Eugene Davidzon
Cash For Interest, LLC
11202 Lee Highway Suite
Fairfax, VA 22030

Stephanie L. Kashino
2952 Seneca Street
West Seneca, NY 14224

Gabriel Rabbanian
9454 Wilshire Blvd. PH
Beverly Hills, CA 90212

Larry Manth
Asset Recovery Specialist, LLC
2921 Vai Alvarado
Palo Verdes Estates, CA 90274

Yann Geron
Reitler Kailas & Rosenblatt, LLC
885 Third Avenue, 20th Floor
New York, NY 10022

A. Yoni Miller
Quick Liquidity
500 NE Spanish River Blvd., #205
Boca Raton, FL 33431

Roy Dawson
Lincoln Money Corp.
P.O. Box 1165
Addison, TX 75001-1165

Spencer Brant
LHB Ventures, LLC
P.O. Box 46063
Denver, CO 80201-6063

Venice Gamble
Industrial Assets
11426 Ventura Boulevard
Studio City, CA 91604

Greg Shattuck
Shattuck, LLC
650 Canion Street
Austin, TX 78752

John Marshall
JM Partners, LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656