# UNITED STATES BANKRUPTCY COURT
CENTRAL **DISTRICT OF** CALIFORNIA
SAN FERNANDO VALLEY **DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| Joseph Lawrence | § | Case No. 1:17-bk-11761-MB |
| Chandie Yawn Lawrence | § § § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/01/2017. The undersigned trustee was appointed on 07/01/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $     75,636.22

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 3,826.92 |
| Bank service fees | 172.37 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 19,089.05 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]        $ | 52,547.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

   The remaining funds are available for distribution.

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was  10/10/2017  and the deadline for filing governmental claims was  12/28/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,077.36 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,077.36 , for a total compensation of $ 6,077.36 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,157.33 , for total expenses of $ 1,157.33 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/03/2018                    By: /s/Nancy Hoffmeier Zamora, Esq.  (SBN 137326)
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-11761 | MB | Judge: | Martin R. Barash | Trustee Name: | Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
|---|---|---|---|---|---|---|
| Case Name: | Joseph Lawrence | | | | Date Filed (f) or Converted (c): | 07/01/2017 (f) |
| | Chandie Yawn Lawrence | | | | 341(a) Meeting Date: | 08/04/2017 |
| For Period Ending: | 04/03/2018 | | | | Claims Bar Date: | 10/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Automobiles and other vehicles | 0.00 | 0.00 | | 0.00 | FA |
| 2. Automobiles and other vehicles | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 4,200.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 650.00 | 0.00 | | 0.00 | FA |
| 5. Electronics | 1,485.00 | 0.00 | | 0.00 | FA |
| 6. Equipment for sports and hobbies | 350.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 60.00 | 0.00 | | 0.00 | FA |
| 10. Bank accounts | 1,769.50 | 0.00 | | 0.00 | FA |
| 11. Bank accounts | 50.00 | 0.00 | | 0.00 | FA |
| 12. Bank accounts | 6,322.75 | 0.00 | | 0.00 | FA |
| 13. Business Interest | Unknown | 0.00 | | 21,000.00 | FA |
| 14. Retirement or pension accounts | Unknown | 0.00 | | 0.00 | FA |
| 15. Retirement or pension accounts | Unknown | 0.00 | | 0.00 | FA |
| 16. Retirement or pension accounts | Unknown | 0.00 | | 0.00 | FA |
| 17. Retirement or pension accounts | 20.07 | 0.00 | | 0.00 | FA |
| 18. Security deposit | 5,500.00 | 0.00 | | 0.00 | FA |
| 19. Intellectual property | Unknown | 0.00 | | 23,000.00 | FA |
| 20. Intellectual property | Unknown | 0.00 | | 31,636.22 | FA |
| 21. Intellectual property | Unknown | 0.00 | | 0.00 | FA |
| 22. Intellectual property | Unknown | 0.00 | | 0.00 | FA |
| 23. Intellectual property | Unknown | 0.00 | | 0.00 | FA |
| 24. Intellectual property | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-11761 | MB | Judge: | Martin R. Barash | Trustee Name: | Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
|---|---|---|---|---|---|---|
| Case Name: | Joseph Lawrence | | | | Date Filed (f) or Converted (c): | 07/01/2017 (f) |
| | Chandie Yawn Lawrence | | | | 341(a) Meeting Date: | 08/04/2017 |
| For Period Ending: | 04/03/2018 | | | | Claims Bar Date: | 10/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Intellectual property | Unknown | 0.00 | | 0.00 | FA |
| 26. Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 27. Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 28. Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 29. Other contingent and unliquidated claims | Unknown | 0.00 | | 0.00 | FA |
| 30. Accounts receivable | 17,500.00 | 0.00 | | 0.00 | FA |
| 31. Other personal property | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $43,907.32 | $0.00 | | $75,636.22 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PROPS. #13, #19-#20:
Trustee requested, and Debtors provided, reports of residuals and documents necessary for Trustee, with the assistance of the Estate accountant, to evaluate the future value of Debtor's residuals and other intellectual property for purposes of liquidating these assets. Debtors are turning over to Trustee checks for nonexempt residuals. Trustee filed a motion to sell royalties, residuals, and the interest in Debtor's loan-out corporation, Veritas, Inc., for $15,000.00, to Structured Asset Sales, LLC ("SAS") subject to overbid (the "Sale Motion"). The Court heard and granted the Sale Motion on December 6, 2017. On December 11, 2017, Trustee received and deposited the balance of the highest bid of $56,000.00 made by SAS. On December 12, 2017, the Court entered that certain order approving the Sale Motion (the "Sale Order").

GENERAL COMMENTS:
On September 29, 2017, the Court entered that certain order approving Trustee's employment of SLBiggs a Division of SingerLewak ("Biggs") as Estate accountant. Biggs prepared and Trustee filed final Estate tax returns. Trustee reviewed the claims register and claims. Trustee did not object to any claims. On March XX, 2018, Trustee prepared the TFR.

RE PROP #     1  --  Leased 2016 Ford Flex.
                     Exemption: None.

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Leased 2016 Mercedes S63C4.<br>Exemption: None. |
| RE PROP # | 3 | -- | Exemption: $4,200.00. |
| RE PROP # | 4 | -- | Holiday decorations, family artifacts and hope chest in storage facility.<br>Exemption: $500.00. |
| RE PROP # | 5 | -- | Four televisions, old computer, three DVD players, stereo system, two iPads.<br>Exemption: $1,485.00. |
| RE PROP # | 6 | -- | Exercise and gym equipment, bicycles, yoga and weight mats.<br>Exemption: $350.00. |
| RE PROP # | 7 | -- | Clothing, shoes, handbags.<br>Exemption: $3,500.00. |
| RE PROP # | 8 | -- | Men's Omega watch, men's 1981 Rolex Datejust, women's Michele watch, husband and wife wedding ring bands.<br>Exemption: $2,500.00. |
| RE PROP # | 9 | -- | Exemption: $60.00. |
| RE PROP # | 10 | -- | City National Bank account ending 6450.<br>Exemption: $1,769.50. |
| RE PROP # | 11 | -- | City National Bank, account held in name of Debtor's loan out corporation Veritas, Inc., account ending 6442.<br>Exemption: $50.00. |
| RE PROP # | 12 | -- | City National Bank account ending 6469.<br>Exemption: $6,322.75. |
| RE PROP # | 13 | -- | Veritas, Inc. (Debtor's loan out corporation) (100% interest).<br>Exemption: $1,500.00. |
| RE PROP # | 14 | -- | AFTRA retirement fund.<br>Exemption: None. |
| RE PROP # | 15 | -- | SAG pension.<br>Exemption: None. |
| RE PROP # | 16 | -- | DGA pension.<br>Exemption: None. |
| RE PROP # | 17 | -- | Veritas, Inc. profit sharing pension held at J.P. Morgan Securities.<br>Exemption: $20.07. |
| RE PROP # | 18 | -- | Security deposit for Debtors' residence.<br>Exemption: None. |
| RE PROP # | 19 | -- | Royalties from two albums and single released in 1990's and 2011 single on iTunes; total in 2016 was was $3,541.58, paid through Debtor's loan out company.<br>Exemption: None. |
| RE PROP # | 20 | -- | Residuals from television shows and movies, 1982-2016; total in 2016 was $34,867.93, 93% of which was paid through Debtor's loan out company.<br>Exemption: None. |
| RE PROP # | 21 | -- | Five rough tracks of songs in development.<br>Exemption: None. |
| RE PROP # | 22 | -- | Television project in early stages of development: "Lawrenceland": first draft of script written with four co-writers.<br>Exemption: None. |
| RE PROP # | 23 | -- | Television movie in early stages of development: "Back in the Game": rough outline written with two partners.<br>Exemption: None. |
| RE PROP # | 24 | -- | Film in early stages of development: "Smoke": first draft of script written by hired writer.<br>Exemption: None. |

| | | | |
|---|---|---|---|
| RE PROP # | 25 | -- | Television project in early stages of development, "Best Day Never", outline being developed with four partners.<br>Exemption: None. |
| RE PROP # | 26 | -- | Term life insurance with MetLife (Chandie); no cash surrender value.<br>Exemption: None. |
| RE PROP # | 27 | -- | Term life insurance with MetLife (Joseph); no cash surrender value.<br>Exemption: None. |
| RE PROP # | 28 | -- | Term life insurance with Northwestern Mutual (Joseph); no cash surrender value.<br>Exemption: None. |
| RE PROP # | 29 | -- | Potential claim against landlord for habitability claims; subject to offset for unpaid rent.<br>Exemption: None. |
| RE PROP # | 30 | -- | Net receivables from Debtor's loan-out corporation after payments of commission for two jobs: MTV 90's House ($13,500.00) and Twitter ($4,000.00).<br>Exemption: $17,500.00. |
| RE PROP # | 31 | -- | Family dog.<br>Exemption: None. |

Initial Projected Date of Final Report (TFR): 06/30/2020      Current Projected Date of Final Report (TFR): 04/03/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 17-11761 | Trustee Name: | Nancy Hoffmeier Zamora, Esq.  (SBN 137326) |
| Case Name: Joseph Lawrence | Bank Name: | Union Bank |
| Chandie Yawn Lawrence | Account Number/CD#: | XXXXXX2793 |
| | | Checking |
| Taxpayer ID No: XX-XXX0318 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | 20 | Veritas, Inc<br>11845 West Olympic Boulevard, Suite 1125W<br>Los Angeles, CA 90064 | Residuals | 1123-000 | $282.54 | | $282.54 |
| 10/19/17 | 20 | Veritas, Inc.<br>11845 West Olympic Boulevard, Suite 1125W<br>Los Angeles, CA 90064 | Residuals | 1123-000 | $264.63 | | $547.17 |
| 11/22/17 | 20 | Veritas, Inc | Residuals | 1123-000 | $589.05 | | $1,136.22 |
| 11/22/17 | | Structured Asset Sales LLC | Sale of Personal Property | | $15,000.00 | | $16,136.22 |
| | | | Gross Receipts           $15,000.00 | | | | |
| | 13 | | Business Interest           $1,000.00 | 1129-000 | | | |
| | 19 | | Intellectual property       $3,500.00 | 1129-000 | | | |
| | 20 | | Intellectual property      $10,500.00 | 1129-000 | | | |
| 11/29/17 | | Croft Capital | Deposit for sale of personal property | | $18,500.00 | | $34,636.22 |
| | | | Gross Receipts           $18,500.00 | | | | |
| | 13 | | Business Interest           $6,000.00 | 1129-000 | | | |
| | 19 | | Intellectual property       $6,000.00 | 1129-000 | | | |
| | 20 | | Intellectual property       $6,500.00 | 1129-000 | | | |
| 12/11/17 | | Structured Asset Sales, LLC | Sale of Personal Property | | $41,000.00 | | $75,636.22 |
| | | | Gross Receipts           $41,000.00 | | | | |
| | 13 | | Business Interest          $14,000.00 | 1129-000 | | | |
| | 19 | | Intellectual property      $13,500.00 | 1129-000 | | | |
| | 20 | | Intellectual property      $13,500.00 | 1129-000 | | | |

UST Form 101-7-TFR (5/1/2011)        (Page: 7)        Page Subtotals:        Exhibit B        $75,636.22        $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 17-11761 | Trustee Name: | Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
| Case Name: Joseph Lawrence | Bank Name: | Union Bank |
| Chandie Yawn Lawrence | Account Number/CD#: | XXXXXX2793 |
| | | Checking |
| Taxpayer ID No: XX-XXX0318 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/17 | 1001 | Croft Capital | Refund of Earnest Money Deposit  Paid per order entered 12/12/17 | 8500-002 | | $18,500.00 | $57,136.22 |
| 12/13/17 | 1002 | Structured Asset Sales, LLC | Royalties to Buyer per sale Paid per order entered 12/12/17 | 8500-002 | | $589.05 | $56,547.17 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $56,532.17 |
| 01/19/18 | 1003 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Premium 1/4/18-1/4/19; Bond #016030867 Paid per Local Bankruptcy Rule 2016-2 | 2300-000 | | $28.92 | $56,503.25 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.38 | $56,429.87 |
| 02/08/18 | 1004 | United States Treasury | Administrative Taxes Form 1041 FYE 12/31/17 Paid per order entered February 7, 2018 | 2810-000 | | $3,168.00 | $53,261.87 |
| 02/08/18 | 1005 | Franchise Tax Board | Administrative Taxes Form 541 FYE 12/31/17 Paid per order entered February 7, 2018. | 2820-000 | | $630.00 | $52,631.87 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.99 | $52,547.88 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $75,636.22 | $23,088.34 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $75,636.22 | $23,088.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $75,636.22 | $23,088.34 |

UST Form 101-7-TFR (5/1/2011)    *(Page: 8)*    Page Subtotals:    **Exhibit B**    $0.00    $23,088.34

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2793 - Checking | $75,636.22 | $23,088.34 | $52,547.88 |
| | $75,636.22 | $23,088.34 | $52,547.88 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $75,636.22 |
| Total Gross Receipts: | $75,636.22 |

# Central District of California
# Claims Register

## 1:17-bk-11761-MB Joseph Lawrence and Chandie Yawn Lawrence

**Judge:** Martin R. Barash  **Chapter:** 7
**Office:** San Fernando Valley  **Last Date to file claims:** 10/10/2017
**Trustee:** Nancy J Zamora (TR)  **Last Date to file (Govt):** 12/28/2017

| Creditor: (37917471) Ford Motor Credit Company, LLC P.O. Box 62180 Colorado Springs, CO 80962 | Claim No: 1 Original Filed Date: 07/06/2017 Original Entered Date: 07/06/2017 | Status: Filed by: CR Entered by: Bart Kersey Modified: |
|---|---|---|

*Secured per proof of claim* (handwritten)

| Amount claimed: $15956.48 | | *Trustee did not administer collateral for this secured claim.* (handwritten) |
|---|---|---|

**History:**

| Details | 1-1 | 07/06/2017 | Claim #1 filed by Ford Motor Credit Company, LLC, Amount claimed: $15956.48 (Kersey, Bart) |
|---|---|---|---|

**Description:**
**Remarks:**

| Creditor: (37917471) Ford Motor Credit Company, LLC P.O. Box 62180 Colorado Springs, CO 80962 | Claim No: 2 Original Filed Date: 07/10/2017 Original Entered Date: 07/10/2017 Last Amendment Filed: 07/21/2017 Last Amendment Entered: 07/21/2017 | Status: Filed by: CR Entered by: Sheryl K Ith Modified: |
|---|---|---|

| Amount claimed: $27047.29 | | |
|---|---|---|

**History:**

| Details | 2-1 | 07/10/2017 | Claim #2 filed by Ford Motor Credit Company, LLC, Amount claimed: $26872.29 (Eisenhauer, Deborah) |
|---|---|---|---|
| Details | 2-2 | 07/21/2017 | Amended Claim #2 filed by Ford Motor Credit Company, LLC, Amount claimed: $27047.29 (Ith, Sheryl) |

**Description:**
**Remarks:**

| Creditor: (37912725)<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 3**<br>Original Filed<br>Date: 07/20/2017<br>Original Entered<br>Date: 07/20/2017 | Status:<br>Filed by: CR<br>Entered by: Maria D Hill<br>Modified: |
|---|---|---|

| Amount | claimed: | $67777.55 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $63182.86 | |

History:
| Details | 3-1 | 07/20/2017 | Claim #3 filed by Internal Revenue Service, Amount claimed: $67777.55 (Hill, Maria) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (37946269)<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **Claim No: 4**<br>Original Filed<br>Date: 07/20/2017<br>Original Entered<br>Date: 07/20/2017 | Status:<br>Filed by: CR<br>Entered by: George Guido<br>Modified: |
|---|---|---|

| Amount | claimed: | $15917.52 | |
|---|---|---|---|
| Priority | claimed: | $14011.95 | |

History:
| Details | 4-1 | 07/20/2017 | Claim #4 filed by FRANCHISE TAX BOARD, Amount claimed: $15917.52 (Guido, George) |
|---|---|---|---|

Description: (4-1) Claim Filed
Remarks:

| Creditor: (37963549)<br>BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin OH 43016, OH 43016 | **Claim No: 5**<br>Original Filed<br>Date: 07/31/2017<br>Original Entered<br>Date: 07/31/2017 | Status:<br>Filed by: CR<br>Entered by: Mohammed Lala<br>Modified: |
|---|---|---|

| Amount | claimed: | $50030.17 | |
|---|---|---|---|

History:

| Details | 5-1 | 07/31/2017 | Claim #5 filed by BMW Financial Services NA, LLC, Amount claimed: $50030.17 (Lala, Mohammed) |

Description:
Remarks:

| Creditor: (37989592)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 6**<br>Original Filed Date: 08/10/2017<br>Original Entered Date: 08/10/2017 | Status:<br>Filed by: CR<br>Entered by: Ashley Boswell<br>Modified: |

| Amount claimed: $30991.72 | | *oh* |

History:
| Details | 6-1 | 08/10/2017 | Claim #6 filed by Capital One Bank (USA), N.A., Amount claimed: $30991.72 (Boswell, Ashley) |

Description:
Remarks:

| Creditor: (38010217)<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 7**<br>Original Filed Date: 08/22/2017<br>Original Entered Date: 08/22/2017 | Status:<br>Filed by: CR<br>Entered by: Greg Deegan<br>Modified: |

| Amount claimed: $24727.83 | | *oh* |

History:
| Details | 7-1 | 08/22/2017 | Claim #7 filed by American Express Centurion Bank, Amount claimed: $24727.83 (Deegan, Greg) |

Description:
Remarks:

| Creditor: (38010217)<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 8**<br>Original Filed Date: 09/07/2017<br>Original Entered Date: 09/07/2017 | Status:<br>Filed by: CR<br>Entered by: Shraddha Bharatia<br>Modified: |

| Amount claimed: $23779.83 | | *oh* |

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 09/07/2017 | Claim #8 filed by American Express Centurion Bank, Amount claimed: $23779.83 (Bharatia, Shraddha) |

Description:

Remarks:

| Creditor: (38080449)<br>American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 9**<br>Original Filed Date: 09/28/2017<br>Original Entered Date: 09/28/2017 | Status:<br>Filed by: CR<br>Entered by: Greg Deegan<br>Modified: |
|---|---|---|

| Amount claimed: | $1693.78 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 09/28/2017 | Claim #9 filed by American Express Bank, FSB, Amount claimed: $1693.78 (Deegan, Greg) |

Description:

Remarks:

| Creditor: (38092457)<br>Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | **Claim No: 10**<br>Original Filed Date: 10/03/2017<br>Original Entered Date: 10/03/2017 | Status:<br>Filed by: CR<br>Entered by: Ed J Gezel<br>Modified: |
|---|---|---|

| Amount claimed: | $129792.36 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 10/03/2017 | Claim #10 filed by Daimler Trust, Amount claimed: $129792.36 (Gezel, Ed) |

Description: (10-1) 2016 Mercedes-Benz S63C4

Remarks:

| Creditor: (38094992)<br>Woodside Credit, LLC<br>c/o Law Offices of Ofer M. Grossman<br>P.O. Box 5576<br>Santa Monica, CA 90409 | **Claim No: 11**<br>Original Filed Date: 10/04/2017<br>Original Entered Date: 10/04/2017 | Status:<br>Filed by: CR<br>Entered by: Ofer M Grossman<br>Modified: |
|---|---|---|

| Amount claimed: | $76965.95 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 11-1 | 10/04/2017 | Claim #11 filed by Woodside Credit, LLC, Amount claimed: $76965.95 (Grossman, Ofer) |
| Description: | | | |
| Remarks: | | | |

## Claims Register Summary

**Case Name:** Joseph Lawrence and Chandie Yawn Lawrence
**Case Number:** 1:17-bk-11761-MB
**Chapter:** 7
**Date Filed:** 07/01/2017
**Total Number Of Claims:** 11

| Total Amount Claimed* | $464680.48 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | ~~$0.00~~ | |
| Priority | $77194.81 | |
| Administrative | | |

*(handwritten annotation):* $15,956.48 Trustee did not administer collateral for secured claim no. 1

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/03/2018 16:55:33 | | | |
| PACER Login: | | Client Code: | |
| Description: | Claims Register | Search Criteria: | 1:17-bk-11761-MB Filed or Entered From: 7/1/2017 |

|  |  |  | Filed or Entered To: 12/31/2018 |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 1:17-bk-11761-MB
Case Name: Joseph Lawrence
        Chandie Yawn Lawrence
Trustee Name: Nancy Hoffmeier Zamora, Esq. (SBN 137326)

| | Balance on hand | $ 52,547.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company, LLC | $ 15,956.48 | $ 15,956.48 | $ 0.00 | $ 0.00 |

| | Total to be paid to secured creditors | $ 0.00 |
| | Remaining Balance | $ 52,547.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Nancy Hoffmeier Zamora | $ 6,077.36 | $ 0.00 | $ 6,077.36 |
| Trustee Expenses: Nancy Hoffmeier Zamora | $ 1,157.33 | $ 0.00 | $ 1,157.33 |
| Accountant for Trustee Fees: SLBIGGS, A division of SingerLewak | $ 6,901.50 | $ 0.00 | $ 6,901.50 |
| Accountant for Trustee Expenses: SLBIGGS, A division of SingerLewak | $ 167.41 | $ 0.00 | $ 167.41 |

| | Total to be paid for chapter 7 administrative expenses | $ 14,303.60 |
| | Remaining Balance | $ 38,244.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 77,194.81  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | INTERNAL REVENUE SERVICE | $ 63,182.86 | $ 0.00 | $ 31,302.40 |
| 4A | FRANCHISE TAX BOARD | $ 14,011.95 | $ 0.00 | $ 6,941.88 |
| | Total to be paid to priority creditors | | | $ 38,244.28 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 371,529.19  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Ford Motor Credit Company, LLC | $ 27,047.29 | $ 0.00 | $ 0.00 |
| 3B | INTERNAL REVENUE SERVICE | $ 4,594.69 | $ 0.00 | $ 0.00 |
| 4B | FRANCHISE TAX BOARD | $ 1,905.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | BMW Financial Services NA, LLC | $ 50,030.17 | $ 0.00 | $ 0.00 |
| 6 | Capital One Bank (USA), N.A. | $ 30,991.72 | $ 0.00 | $ 0.00 |
| 7 | American Express Centurion Bank | $ 24,727.83 | $ 0.00 | $ 0.00 |
| 8 | American Express Centurion Bank | $ 23,779.83 | $ 0.00 | $ 0.00 |
| 9 | American Express Bank, FSB | $ 1,693.78 | $ 0.00 | $ 0.00 |
| 10 | DAIMLER TRUST | $ 129,792.36 | $ 0.00 | $ 0.00 |
| 11 | Woodside Credit, LLC | $ 76,965.95 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE